IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRADY DICKEY, | : | Civil Action No. 4:14-CV-1096 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Carlson) |
| CHAD ISHLER, *PAROLE AGENT,* | : | |
| Defendant. | : | |

# ORDER

April 13, 2015

The Court has conducted a *de novo* review of the thorough report and recommendation of the chief magistrate judge, which is adopted in full.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The March 9, 2015 report and recommendation of Magistrate Judge Martin C. Carlson is ADOPTED. ECF No. 14.

2. Plaintiff's complaint is DISMISSED with prejudice.

3. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge